IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: Application for Exemption from the Electronic Public Access Fees for Professor Stephen P. Ehrlich, Univ. of Denver Sturm College of Law | § § § § | Misc. Case No. 14-mc-270 |

    This matter is before the Court's Determining Officer, as authorized and delegated from the Clerk of the Court and the Chief Judge, upon the application and request by Professor Stephen P. Ehrlich, of the University of Denver's Sturm College of Law, Master of Science in Legal Administration Program, for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

    The Determining Officer finds that Prof. Ehrlich, as an individual researcher associated with an educational institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption.  Professor Ehrlich states that he will be doing research on how to better analyze publicly available information to provide recommendations to courts on how to improve caseflow management practices and protocols.  His research will be in the nature of a general overview and analysis in order to develop generic methodology to be used when evaluating the caseflow management practices in any court.  Prof. Ehrlich has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information, and he has appropriately demonstrated this fact to this Determining Officer. Accordingly, Professor Ehrlich shall be exempt from the payment of fees for access via PACER to electronic case files, to the extent such use is incurred in connection to his use of the PACER system for research purposes.  He shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court.

    <u>Additionally, the following limitations apply</u>:
1.    This fee exemption applies only to Professor Stephen P. Ehrlich and is valid only for the purpose stated above;
2.    This fee exemption applies only to the electronic case files that are available through the PACER system;
3.    By accepting this exemption, Professor Ehrlich agrees not to sell for profit any data obtained as a result of receiving this exemption; nor to transfer any data obtained as a result of the exemption, without express authorization by the court;
4.    This exemption is valid from the date of this order to Dec. 31, 2015.

    This exemption may be revoked at the discretion of the Court through the Determining Officer at any time.  A copy of this Order will be sent to the PACER Service Center.

    Dated at Denver, Colorado this   31st   day of December, 2014.

    By: s/Edward P. Butler
    Edward P. Butler, Determining Officer
    U.S. District Court, District of Colorado